No. 460. Miller *v.* Public Service Co. of Colorado et al. Appeal from the Supreme Court of Colorado. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Harry A. Feder* for appellant. *William A. Bryans, III,* and *Gerhard A. Gesell* for the Public Service Co., appellee.

No. 464. Stary et al. *v.* City of Brooklyn et al. Appeal from the Supreme Court of Ohio. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Barnet Hodes, J. Herzl Segal* and *Scott W. Lucas* for appellants. *Michael L. Hearns* for appellees.

No. 473. Gulf Oil Corp. *v.* Joseph, Comptroller of the City of New York. Appeal from the Court of Appeals of New York. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. *Matthew S. Gibson* for appellant. *Stanley Buchsbaum* for appellee.

No. 488. Anderson Brothers Corp. *v.* Board of Supervisors of Washington County. Appeal from the Supreme Court of Mississippi. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question. The Chief Justice and Mr. Justice Black would dismiss for want of a substantial federal question. *Victor W. Bouldin* for appellant. *John E. Stone* for appellee.